# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ANTHONY GREENE, Junior, a/k/a EMAN ELAMIN,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FACILITY ADMINISTRATOR OF SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT (official capacity) and<br>SAN BERNARDINO COUNTY SHERIFF MCMAHON (in his official capacity),<br><br>　　　　　　Defendants. | No. ED CV 16-02490-VBF-JCG<br><br>**FINAL JUDGMENT** |

Pursuant to this Court's contemporaneously issued Order Converting the Prior Dismissal of the Action From Without-Prejudice to With-Prejudice Due to Prolonged Lack of Prosecution & Noncompliance With Court Order, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of all defendants and against plaintiff William Anthony Greene, Junior.**

Dated: Monday, June 26, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE